[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12819

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TIMOTHY IVORY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:21-cr-00062-RBD-PRL-1

_____

2                    Opinion of the Court                    22-12819

Before WILLIAM PRYOR, Chief Judge, and JORDAN and NEWSOM, Circuit Judges.

PER CURIAM:

Jenny L. Devine, appointed counsel for Timothy Ivory in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ivory's convictions and sentences are **AFFIRMED.**